

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

April 26, 2019

**BY ECF**
The Honorable Richard J. Sullivan
United States Circuit Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

   Re: **United States v. Kevin Watson,**
      **18 Cr. 296 (RJS)**

Dear Judge Sullivan:

  The Government respectfully submits this letter to supplement the Government's April 22, 2019 letter to the Court (*See* Dkt. 17).  As the Court is aware, on April 18, 2018, the defendant pleaded guilty to Information 18 Cr. 296 (RJS) in the above-captioned case pursuant to a cooperation agreement with the Government.  The defendant's cooperation is now complete and the case may be referred to Probation for the preparation of the Presentence Investigation Report.  The Government also requests that the Court set a sentencing date.[1]

            Respectfully submitted,

            GEOFFREY S. BERMAN
            United States Attorney

          By: */s*
            Michael McGinnis
            Assistant United States Attorney
            Southern District of New York
            (212) 637-23305

Cc: Murray Richman, Esq. (by ECF)

---

[1] Once a sentencing date has been set, the Government intends to send a letter to this Court and to the Honorable Denise L. Cote in accordance with the Court's procedure regarding sentencings involving defendants in factually related cases that are pending before different judges, and in accordance with the procedure of the United States Attorney's Office with respect to the sentencing of a cooperating defendant who is scheduled to be sentenced by one judge and who has previously testified pursuant to his or her cooperation agreement before another judge.